

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00343-CR

**EX PARTE** Vicente **DE JESUS MONROY**

From the County Court, Jim Hogg County, Texas
Trial Court No. 1023C
Honorable Greg Perkes, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED and LIFT the stay imposed on May 17, 2023.

SIGNED July 30, 2025.

_____
Rebeca C. Martinez, Chief Justice